## COPELAND ET AL. *v.* BRUNING ET AL.

[No. 6,548.   Filed March 31, 1909.   Rehearing denied June 23, 1909.
Transfer denied December 14, 1909.]

From Clark Circuit Court; *H. C. Montgomery*, Judge.

Suit by Clara Copeland and another against William H. Bruning and another, as trustees under the will of John F. Bruning, deceased. From a judgment for defendants, plaintiffs appeal. *Affirmed.*

*Pickens, Moores, Davidson & Pickens, W. T. Friedley, P. E. Bear* and *Vanosdol & Francisco*, for appellants.

*F. Winter, Bernard Korbly* and *S. M. McGregor*, for appellees.

RABB, J.—This was a proceeding instituted by the appellants in the court below to remove the appellees as trustees under the will of John F. Bruning, deceased, and involves precisely the same questions that are presented in *Copeland* v. *Bruning* (1909), 44 Ind. App. 405, and for the reasons set forth in the opinion in that case, the judgment is affirmed.

Watson, C. J., did not participate.